Donald W. Powell – State Bar No. 3238
**CARMICHAEL & POWELL, P.C.**
7301 North 16th Street, Ste. 103
Phoenix, Arizona 85020-5297
Phone: (602) 861-0777

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>MAXART ANIMAL HEALTH, INC.,<br><br>Debtor. | No. 2-08-00993-GBN<br><br>CHAPTER 11<br><br>APPLICATION TO EMPLOY ATTORNEY |

The Debtor, MAXART ANIMAL HEALTH, INC., applies as follows:

1. On or about February 1, 2008, this Debtor filed its Chapter 11 bankruptcy reorganization Petition;

2. This Debtor wishes to employ DONALD W. POWELL of the law firm of CARMICHAEL & POWELL, P.C., as its attorney in this Chapter 11 proceeding;

3. Applicant has selected DONALD W. POWELL as its attorney for the reasons that he is admitted to practice in this Court, is quite familiar with all business aspects of this Debtor, has considerable experience in matters of this nature, and is well qualified to so represent it;

4. The professional services to be rendered by such attorney shall include, but not be limited to, the providing of legal advice with respect to the

powers, duties and responsibilities of the Debtor concerning its business, continued operations, and management of applicable property; the preparation of all necessary and required Applications, Orders, Answers, Reports, and other needed legal documents; and the performance of any and all other legal services for the Debtor, as Debtor-In-Possession, which will become necessary and required;

5. It is necessary for Debtor, as Debtor-In-Possession, to employ such attorney for said legal and professional services;

6. The Debtor desires to employ such attorney under hourly rate procedures due to the extensive legal services required; and

7. DONALD W. POWELL represents no interest adverse to the Debtor or the estate in this matter, and such employment would be in the best interests of this estate.

WHEREFORE, the Debtor, by this Application, prays that it be authorized to employ and appoint DONALD W. POWELL under hourly rate agreements to represent it as Debtor-In-Possession in this Chapter 11 bankruptcy reorganization proceeding.

RESPECTFULLY SUBMITTED this \_\_\_ day of February, 2008.

CARMICHAEL & POWELL, P.C.          MAXART ANIMAL HEALTH, INC.

By _____          By _____
Donald W. Powell                    Carl Twentier
7301 North 16th Street, #103        President
Phoenix, Arizona 85020
Attorneys for Debtor

U:\DWP\Maxart Animal Health, Inc\Pldg\App-Employ-Atty.doc