# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | MAXART ANIMAL HEALTH, INC. |
| **Case Number:** | 2:08-bk-00993-GBN    **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, SEPTEMBER 25, 2008 10:00 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

FINAL HEARING ON MOTION FOR RELIEF FROM STAY FILED BY DESERT HILLS BANK.

**R / M #:**   59 / 0

## *Appearances:*

ALLAN D. NEWDELMAN, ATTORNEY FOR MAXART ANIMAL HEALTH, INC.
JOHN J. FRIES, ATTORNEY FOR MOVANT

## *Proceedings:*

MR. FRIES PROVIDES A BACKGROUND TO THE MOTION, BELIEVING THAT THE LEASE HAS BEEN REJECTED.  IT IS SUMMARIZED THAT THE DEBTOR HAS NOT KEPT THE PAYMENTS CURRENT.  THE FORECLOSURE HAS NOT BEEN STARTED.

MR. NEWDELMAN RESPONDS THAT THE CREDITOR IS USING THE STAY LIFT MOTION TO FORECLOSE ON PERSONAL PROPERTY.  IT IS ADMITTED THAT A PLAN HAS NOT BEEN FILED; BUT, THE EXCLUSIVITY PERIOD HAS JUST ENDED.  MR. NEWDELMAN RESPONDS TO QUESTIONS BY THE COURT.  IT IS ALSO NOTED THAT A LIST OF WITNESSES WAS NOT FILED.

MR. FRIES RESPONDS THAT HIS CLIENT WISHES TO GO FORWARD WITH THE DEED OF TRUST SALE.  IT IS ALSO REQUESTED THAT IT BE ALLOWED TO NOTICE A JOINT SALE WITH THE PERSONAL PROPERTY, RETURNING TO THE COURT IN SIXTY DAYS.  IT IS SOUGHT THAT THE STAY BE MODIFIED ON THE PERSONAL PROPERTY.

MR. NEWDELMAN BELIEVES THAT AN AGREEMENT CAN BE DRAFTED.

THE COURT:  THE COURT WILL LIFT THE STAY AS TO THE REAL PROPERTY AND WILL MODIFY THE STAY AS TO THE PERSONAL PROPERTY.  FOR THE NEXT SIXTY DAYS THERE IS TO BE NO INTERFERENCE WITH THE DEBTORS OPERATIONS OF THE BUSINESS.  A CONTINUED FINAL HEARING IS SET FOR DECEMBER 1, 2008 @ 9:30 A.M. AS TO THE PERSONAL PROPERTY.  NO LATER THAN NOVEMBER 24, 2008 THE PARTIES SHALL FILE AND SERVE THEIR LIST OF WITNESSES AND AN IDENTIFICATION OF THE EXHIBITS THEY INTEND TO UTILIZE.  ANYTHING NOT SO DISCLOSED WILL NOT BE CONSIDERED.