# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | MAXART ANIMAL HEALTH, INC. |
| **Case Number:** | 2:08-bk-00993-GBN     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, DECEMBER 01, 2008 09:30 AM   7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## Matter:

FINAL HEARING ON MOTION FOR RELIEF AS TO THE PERSONAL PROPERTY FROM STAY FILED BY DESERT HILLS BANK.

**R / M #:**   59 / 0

## Appearances:

ALLAN D. NEWDELMAN, ATTORNEY FOR MAXART ANIMAL HEALTH, INC.
TAMALYN E. LEWIS, ATTORNEY FOR COADY ENTERPRISES
JOHN J. FRIES, ATTORNEY FOR MOVANT

## Proceedings:

MS. LEWIS AND MR. NEWDELMAN AGREE AND STATE THE POSITION OF COADY ENTERPRISES AS IT RELATES TO THE LEASES.

THE COURT REFERS TO THE ORDER ENTERED ON OCTOBER 2ND AS TO THE REAL PROPERTY.

MR. FRIES ADVISES THAT THEY ARE PRESENT TODAY ONLY ON THE PERSONAL PROPERTY AND STATES THAT THE SALE IS CURRENTLY SET FOR JANUARY 30, 2009.

EXHIBITS #1 THROUGH #10 ARE OFFERED AND ADMITTED WITHOUT OBJECTION (IN BINDER).

MR. FRIES SUMMARIZES THE POSITION FOR LIFTING THE STAY.

MR. NEWDELMAN RESPONDS, URGING THAT THE CREDITOR ACCEPT THE OFFER OF ADEQUATE PROTECTION.

THE COURT:  IT IS NOTED THAT THE REPORTS HAVE NOT BEEN FILED SINCE JULY.  AS THERE IS NOT A LEGAL OR FACTUAL BASIS TO DENY THE MOTION, THE MOTION FOR STAY RELIEF IS GRANTED.  THE TEN DAY STAY WILL APPLY.  THERE SHALL BE NO FORECLOSURE FOR TEN DAYS.  MR. FRIES TO PREPARE AN ORDER.