Tamalyn E. Lewis, SBN 009752
Geoffrey M. Khotim, SBN 019513
RIDENOUR, HIENTON, KELHOFFER,
 & LEWIS, P.L.L.C.
201 North Central Avenue, Suite 3300
Phoenix, Arizona 85004
Phone: (602) 254-9900
Fax: (602) 254-8670
E-Mail: telewis@rhhklaw.com
E-Mail: gmkhotim@rhhklaw.com

Attorneys for Coady Enterprises, Inc.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA (PHOENIX)

| | |
|---|---|
| In re: | Case No. 08-00993-GBN |
| MAXART ANIMAL HEALTH, INC. | Chapter 11 |
| Debtor. | **COADY ENTERPRISES, INC.'S JOINDER IN THE UNITED STATES TRUSTEE'S MOTION TO CONVERT** |
| | **Date: February 26, 2009** |
| | **Time: 11:00 a.m.** |
| | **Place: 7th Floor, Courtroom 702** |
| | **Phoenix, Arizona** |

Coady Enterprises, Inc. ("Coady") hereby joins in the U.S. Trustee's Motion to Convert or Dismiss or Alternatively, to Set Date Certain for Filing of Plan and Disclosure Statement (the "Motion"), and, in particular, her request that this case be converted to a Chapter 7 proceeding. The basis for this joinder follows:

/ / /

391344-GMK-14445-0006

1. The Debtor filed its bankruptcy case on February 1, 2008. The Debtor's last Operating Report on file is for July 2008. The Debtor has yet to propose a Plan of Reorganization.

2. The Debtor identified in its Bankruptcy Schedules that it operates two animal hospitals under the names "Power Road Animal Hospital" and "Aberdeen Animal Hospital," in the business premises leased from AmKim, LLC and Coady, respectively.

3. One of the Debtor's secured lenders, Desert Hills Bank, has obtained stay relief so that it may foreclosure its interest in the Debtor's leasehold interest in the real property operated as the Power Road Animal Hospital, and the personal property located therein. Due to the recent bankruptcy filing of the owner of this real property, Desert Hills Bank has now moved for stay relief in the AmKim, LLC bankruptcy case filed on January 29, 2009. Upon motion of Desert Hills Bank, the AmKim LLC case has been re-assigned to Judge Nielsen.

4. Pursuant to this Court's order, and due to non-payment, the business premises formerly operated as the Aberdeen Animal Hospital have been vacated by the Debtor and are now under the control and possession of Coady. Coady remains a creditor of this estate, both as an administrative and general unsecured creditor.

5. The Debtor has identified certain property in its Schedules which should be reviewed and investigated by a Chapter 7 Trustee for the benefit of creditors of this estate.

Based on the foregoing, Coady respectfully requests that this Court convert this case to a Chapter 7 proceeding.

///

///

///

301344-GMK-14445-0006

1    DATED this 19th day of February, 2009.

2                              RIDENOUR, HIENTON, KELHOFFER,
                                  & LEWIS, P.L.L.C.
3

4                              By:    /s/ Tamalyn E. Lewis, SBN 009752
                                      Tamalyn E. Lewis
5                                     Geoffrey M. Khotim
                                      201 North Central Avenue, Suite 3300
6                                     Phoenix, Arizona  85004
                                      Attorneys for Coady Enterprises, Inc.
7
     COPY of the foregoing mailed this
8    19th day of February, 2009, to:

9
     Maxart Animal Health, Inc.
10   2320 West Holly Street
     Phoenix, AZ  85009
11

12   Allan D. NewDelman
     Allan D. NewDelman, P.C.
13   80 E.. Columbus Ave
     Phoenix, AZ 85012
14

15   Patty Chan
     Office of the U. S. Trustee
16   230 North First Ave., Suite 204
     Phoenix, AZ  85003
17

18   /s/ Margo Martin

19

20

21

22

23

24

25

26

301344-GMK-14445-0006

3