# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | MAXART ANIMAL HEALTH, INC. |
| **Case Number:** | 2:08-bk-00993-GBN  **Chapter:** 11 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 26, 2009 11:00 AM  7TH FLOOR #702 |
| **Bankruptcy Judge:** | GEORGE B. NIELSEN |
| **Courtroom Clerk:** | JAN HERNANDEZ |
| **Reporter / ECR:** | JO-ANN STAWARSKI |

## *Matter:*

HEARING RE: U.S. Trustee Motion to Convert or Dismiss , or Alternatively, to Set Date Certain for Filing of Plan and Disclosure Statement.

**R / M #:** 94 / 0

## *Appearances:*

PATTY CHAN, US TRUSTEE
ALLAN D. NEWDELMAN, ATTORNEY FOR MAXART ANIMAL HEALTH, INC.
ROBERT M HALL, ATTORNEY FOR ARIZONA DEPARTMENT OF REVENUE
TAMALYN E. LEWIS, ATTORNEY FOR COADY ENTEPRISES

## *Proceedings:*

MR. NEWDELMAN REVIEWS THE MATTER BEFORE THE COURT, SUMMARIZING THAT THE DEBTOR WILL FILE THE REPORTS BY MARCH 16TH, OR THE U.S. TRUSTEE CAN FILE AN ORDER DISMISSING THE CASE. IT IS RELATED THAT THE FEES HAVE BEEN PAID AND THAT A MOTION FOR JOINT ADMINISTRATION WILL PROBABLY BE FILED.

MS. LEWIS RELATES THAT MR. NEWDELMAN HAS ADEQUATELY REPORTED THE STATUS AND GOES ON TO NOTE THAT THEY SUPPORT A CONVERSION. A CONTINUANCE IS REQUESTED.

THERE ARE CONCERNS ADDRESSED, WHICH MS. LEWIS PRESENTED.

MS. CHAN CAN NOT DETERMINE THE STATUS WITHOUT ANY REPORTS; SO, A CONTINUANCE IS ACCEPTABLE.

MR. HALL NOTES THAT THE STATE TAKES NO POSITION AT THIS TIME.

THE COURT: A CONTINUED HEARING IS SET FOR MARCH 19, 2009 AT 11:00 A.M.