# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| Debtor: | MAXART ANIMAL HEALTH, INC. |
| Case Number: | 2:08-bk-00993-GBN    Chapter: 11 |
| Date / Time / Room: | THURSDAY, MARCH 05, 2009 09:15 AM   7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | JAN HERNANDEZ |
| Reporter / ECR: | JO-ANN STAWARSKI |

## Matter:

CONTINUED CHAPTER 11 STATUS HEARING.(FR. 08-12 & 11-18)

R / M #:   10 / 0

## Appearances:

PATTY CHAN, US TRUSTEE
ALLAN D. NEWDELMAN, ATTORNEY FOR DEBTOR

## Proceedings:

MR. NEWDELMAN REVIEWS THE MATTER, UPDATING THE COURT THAT THERE IS NOT MUCH TO REPORT SINCE LAST WEEK.  IT IS HOPED TO HAVE THE MONTHLY REPORTS CURRENT SOON.

MS. CHAN ADDS THAT THERE ARE OUTSTANDING FEES ALSO.

THE COURT:  A CONTINUED HEARING IS SET FOR MAY 5, 2009 AT 9:30 A.M.  IT IS VERIFIED THAT THE TRUSTEE'S CONTINUED HEARING TO DISMISS IS ON CALENDAR FOR MARCH 19, 209 AT 11:00 A.M.