# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| Debtor: | MAXART ANIMAL HEALTH, INC. |
| Case Number: | 2:08-bk-00993-GBN    Chapter: 11 |
| Date / Time / Room: | TUESDAY, MAY 05, 2009 09:30 AM   7TH FLOOR #702 |
| Bankruptcy Judge: | GEORGE B. NIELSEN |
| Courtroom Clerk: | JAN HERNANDEZ |
| Reporter / ECR: | JO-ANN STAWARSKI |

## Matter:

CONTINUED CHAPTER 11 STATUS HEARING.(FR. 08-12, 11-18 & 03-05)

R / M #:   10 / 0

## Appearances:

PATTY CHAN, US TRUSTEE
ALLAN D. NEWDELMAN, ATTORNEY FOR DEBTOR
TAMALYN E. LEWIS, ATTORNEY FOR COADY ENTERPRISES

## Proceedings:

THE COURT NOTES THAT IT IS ALSO DEALING WITH THE U.S. TRUSTEE'S MOTION TO DISMISS.

MR. NEWDELMAN RESPONDS THAT ALL OF THE REPORTS ARE FILED AND THAT THE CLIENT WILL GO BACK AND CHECK ON THE STATUS OF THE PAYMENTS.

MS. CHAN ADVISES THAT THE ONLY OUTSTANDING ISSUE WAS THAT OF FILING A PLAN AND DISCLOSURE STATEMENT.

MR. NEWDELMAN SUGGESTS THAT A TARGET DATE OF JULY 15TH BE ESTABLISHED FOR SUCH.

MS. LEWIS NOTES CONCERNS REGARDING THE ACCOUNTING, WHICH SHE SEEKS IN LESS THAN THIRTY DAYS.

MR. NEWDELMAN SUGGESTS THAT HE CAN FILE A REPORT BY MAY 20TH.

THE COURT:  THE U.S. TRUSTEE'S MOTION TO DISMISS WILL BE SET ON JULY 2, 2009 AT 9:15 A.M.