# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

In re:               )     CASE NO.  2:09-bk-01587-GBN

AMKIM, L.L.C.       )     **BUSINESS AND INDUSTRY**
                              )     **MONTHLY OPERATING REPORT**

                              )     MONTH OF _____ Aug-09

                              )     DATE PETITION FILED:    1/29/2009
                  Debtor )
                              )     TAX PAYER ID NO. :     20-0250165

Nature of Debtor's Business: _____ Single Property Commercial Real Estate Ownership

---

DATE DISCLOSURE STATEMENT FILED _____ TO BE FILED   X
DATE PLAN OF REORGANIZATION FILED    15-Jul-09 TO BE FILED _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOLLOWING MONTHLY OPERATING REPORT AND
THE ACCOMPANYING ATTACHMENTS ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

RESPONSIBLE PARTY:

_____         Manager
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY         TITLE

Carl Twentier                 9/15/09
PRINTED NAME OF RESPONSIBLE PARTY        DATE

PREPARER:

_____         Manager
ORIGINAL SIGNATURE OF PREPARER          TITLE

Carl Twentier                 9/15/09
PRINTED NAME OF PREPARER            DATE

**PERSON TO CONTACT REGARDING THIS REPORT:** Carl Twentier

PHONE NUMBER: 602-257-0141

ADDRESS: 2320 W. Holly St. Phoenix, AZ 85(

**FILE ORIGINAL REPORT ELECTRONICALLY WITH THE COURT, FILE PAPER COPY WITH U.S. TRUSTEE'S OFFICE**

# CURRENT MONTH"S
# RECEIPTS AND DISBURSEMENTS

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | DIP Operating | | | | |
| | 5005491559 | | | | |
| Balance at Beginning of Period | 147.42 | | | | 147.42 |

| RECEIPTS | | | | | |
|---|---|---|---|---|---|
| Cash Sales | 15300.00 | | | | 15300.00 |
| Accounts Rceivable - Prepetition | | | | | |
| Accounts Rceivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| TOTAL RECEIPTS | 15300.00 | | | | 15300.00 |

| DISBURSEMENTS | | | | | |
|---|---|---|---|---|---|
| Business - Ordinary Operations | 14988.35 | | | | 14988.35 |
| Capitol Improvements | | | | | |
| Pre-Petition Debt | | | | | |
| Transfers to Other DIP Accounts | | | | | |
| Other  (attach list) | | | | | |
| | | | | | |
| **Reorganization Expenses:** Attorney Fees | | | | | |
| Accountant Fees | | | | | |
| Other Professional Fees | | | | | |
| U. S. Trustee Quarterly Fee | 325.00 | | | | |
| Court Costs | | | | | |
| | | | | | |
| TOTAL DISBURSEMENTS | 15313.35 | | | | 14988.35 |

| Balance at End of Month | 134.07 | | | | 459.07 |
|---|---|---|---|---|---|

*Information provided above should reconcile with balance sheet and income statement amounts

| DISBURSEMENTS FOR CALCULATING QUARTERLY FEES | |
|---|---|
| Total Disbursements From Above | 15313.35 |
| Less: Transfers to Other DIP Accounts | |
| Plus: Estate Disbursements Made by Outside Sources (payments from escrow; 2-party check; etc.) | |
| Total Disbursements for Calculating Quarterly Fees | 15313.35 |

**AmKim is a cash basis company. Page 2, Current Month's Receipts and Disbursements and Page 8, Disbursement Detail**, will provide the details of all cash receipts and payments.

# INCOME STATEMENT
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals,
(2) year-to-date and filing-to-date information is provided, and (3) if reorganization expenses are segregated in the statement.

| REVENUES | Current Month | Year to Date | Total Since Filing |
|---|---|---|---|
| Gross Revenue | | | |
| Less: Returns & Discounts | | | |
| Net Revenue | | | |

| COST OF GOODS SOLD | | | |
|---|---|---|---|
| Material | | | |
| Direct Labor | | | |
| Direct Overhead (attach detail) | | | |
| Total Cost of Goods Sold | | | |

| GROSS PROFIT | | | |
|---|---|---|---|

| OPERATING EXPENSES | | | |
|---|---|---|---|
| Officer/Insider Compensation | | | |
| Selling & Marketing  (attach detail) | | | |
| General & Administrative (attach detail) | | | |
| Other Expenses (attach detail) | | | |
| Total Operating Expenses | | | |

| Income Before Non-operating Income and Expense | | | |
|---|---|---|---|

| OTHER INCOME & EXPENSE | | | |
|---|---|---|---|
| Other Income (attach list) | | | |
| Other Expense (attach list) | | | |
| Interest Expense | | | |
| Depreciation/Depletion | | | |
| Amortization | | | |
| Net Other Income & Expense | | | |

| Income Before Reorganization Expense | | | |
|---|---|---|---|

| REORGANIZATION EXPENSES | | | |
|---|---|---|---|
| Professional Fees | | | |
| U.S. Trustee Fees | | | |
| Other (attach list) | | | |
| Total Reorganization Expenses | | | |

| Income Tax | | | |
|---|---|---|---|

| NET PROFIT OR (LOSS) | | | |
|---|---|---|---|

AmKim's books have not been closed properly from 2008 so this balance sheet does not properly reflect the status of certain accounts. In particular the Current Asset Cash Accounts are wrong. They are properly reflected in the attached bank statements.

Other amounts related to the property and land and liabilities are materially accurate.

ASSETS

| | | |
|---|---:|---:|
| **Current Assets** | | |
| Checking Account | $ (36,683.38) | |
| WF - Checking Account | (103,236.26) | |
| **Total Current Assets** | | (139,919.64) |
| | | |
| **Property and Equipment** | | |
| Building - Power Road | 588,050.00 | |
| Depreciation - Power Road | (48,375.29) | |
| Land - Power Road | 361,950.00 | |
| Accumulated Amortization | (3,259.70) | |
| **Total Property and Equipment** | | 898,365.01 |
| | | |
| **Other Assets** | | |
| Financing Costs | 20,587.69 | |
| **Total Other Assets** | | 20,587.69 |
| | | |
| **Total Assets** | $ | 779,033.06 |

LIABILITIES AND CAPITAL

| | | |
|---|---:|---:|
| **Current Liabilities** | | |
| Sales Tax Payable | $ (5,030.00) | |
| **Total Current Liabilities** | | (5,030.00) |
| | | |
| **Long-Term Liabilities** | | |
| Note Payable - Desert Hills Ba | 507,054.61 | |
| Note Payable - Dargers | 166,828.87 | |
| Payable to MaxArt | 20,587.69 | |
| Due to Power Road | 3,370.76 | |
| **Total Long-Term Liabilities** | | 697,841.93 |
| | | |
| **Total Liabilities** | | 692,811.93 |
| | | |
| **Capital** | | |
| Member's Capital-Carl | 67,746.87 | |
| Member's Capital-Patricia | 67,746.86 | |
| Current Earnings | (40,621.77) | |
| Net Income | (8,650.83) | |
| **Total Capital** | | 86,221.13 |
| | | |
| **Total Liabilities & Capital** | $ | 779,033.06 |

# COMPARATIVE BALANCE SHEET
(Accrual Basis)

*Debtor's own form may be substituted if (1) it is prepared in accordance with generally accepted accounting principals, (2) current and prior period information is provided, and (3) if pre-petition and post-petition liabilities are segregated.

| ASSETS | SCHEDULE AMOUNT[1] | CURRENT MONTH | PRIOR MONTH |
|---|---|---|---|
| Unrestricted Cash | | | |
| Restricted Cash | | | |
| Total Cash | | | |
| Accounts Receivable (net) | | | |
| Inventory | | | |
| Notes Receivable | | | |
| Prepaid Expenses | | | |
| Other (attach list) | | | |
| Total Current Assets | | | |
| Property, Plant & Equipment | | | |
| Less: Accumulated Depreciation | | | |
| Net Property, Plant & Equip. | | | |
| Due From Insider(s) | | | |
| Other Assets - net (attach list) | | | |
| Other (attach list) | | | |
| TOTAL ASSETS | | | |
| POST-PETITION LIABILITIES | | | |
| Accounts Payable | | | |
| Taxes Payable | | | |
| Notes Payable | | | |
| Professional Fees | | | |
| Secured Debt | | | |
| Other (attach list) | | | |
| Total Post-Petition Liabilities | | | |
| PRE-PETITION LIABILITIES | | | |
| Secured Debt | | | |
| Priority Debt | | | |
| Unsecured Debt | | | |
| Other (attach list) | | | |
| Total Pre-Petition Liabilities | | | |
| TOTAL LIABILITIES | | | |
| EQUITY | | | |
| Pre-petition Owner's Equity | | | |
| Post-Petition Cumulative Profit/Loss | | | |
| Direct Charges to Equity (explain) | | | |
| Total Equity | | | |
| TOTAL LIABILITIES & OWNER'S EQUITY | | | |

[1] This column should reflect the information provided in Schedules A, B, C, D, E, and F filed with the Court

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | None | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | None |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | None |

| INVENTORY | |
|---|---|
| Beginning Inventory | None |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | See Balance Sheet | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | None | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | None | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

# STATUS OF ASSETS

*Information provided on this page should reconcile with balance sheet amounts

| ACCOUNTS RECEIVABLE | TOTAL | 0-30 Days | 31-60 Days | 60+ Days |
|---|---|---|---|---|
| Total Accounts Receivable | None | | | |
| Less Amount Considered Uncollectible | | | | |
| Net Accounts Receivable | | | | |

| DUE FROM INSIDER | |
|---|---|
| Schedule Amount | None |
| Plus: Amount Loaned Since Filing Date | |
| Less: Amount Collected Since Filing Date | |
| Less: Amount Considered Uncollectible | |
| Net Due From Insiders | None |

| INVENTORY | |
|---|---|
| Beginning Inventory | None |
| Plus: Purchases | |
| Less: Cost of Goods Sold | |
| Ending Inventory | |

Date Last Inventory was taken: _____

| FIXED ASSETS | SCHEDULE AMOUNT | ADDITIONS | DELETIONS | CURRENT AMOUNT |
|---|---|---|---|---|
| Real Property | | | | |
| Buildings | See Balance Sheet | | | |
| Accumulated Depreciation | | | | |
| Net Buildings | | | | |
| Equipment | None | | | |
| Accumulated Depreciation | | | | |
| Net Equipment | | | | |
| Autos/Vehicles | None | | | |
| Accumulated Depreciation | | | | |
| Net Autos/Vehicles | | | | |

Provide a description of fixed assets added or deleted during the reporting period; include the date of Court order:

_____

_____

_____

# STATUS OF LIABILITIES
# AND SENSITIVE PAYMENTS

*Information provided on this page should reconcile with balance sheet and disbursement detail amounts

| POST-PETITION LIABILITIES | TOTAL | 0-30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|
| Accounts Payable * | None | | | | |
| Taxes Payable | | | | | |
| Notes Payable | | | | | |
| Professional Fees Payable | | | | | |
| Secured Debt | | | | | |
| Other (attach list) | | | | | |
| | | | | | |
| **Total Post-Petition Liabilities** | None | | | | |

**\*DEBTOR MUST ATTACH AN AGED ACCOUNTS PAYABLE LISTING**

## PAYMENTS TO INSIDERS AND PROFESSIONALS

| Insiders | | | |
|---|---|---|---|
| Name | Reason for Payment | Amount Paid this Month | Total Paid to Date |
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **Total Payments to Insiders** | | | |

| Professionals | | | | |
|---|---|---|---|---|
| Name | Date of Court Order Authorizing Payment | Amount Aproved | Amount Paid this Month | Total Paid to Date |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **Total Payments to Proffessionals** | | | | |

# CASE STATUS

## QUESTIONAIRE

| | YES | NO |
|---|---|---|
| Have any funds been disbursed from any accounts other than a Debtor-in-Possession account? | | X |
| Are any post-petition receivables (accounts, notes or loans) due from related parties? | | X |
| Are any wages past due? | | X |
| Are any U. S. Trustee quarterly fees delinquent? | | X |

Provide a detailed explaination of any "YES" answers to the above questions: (attach additional sheets if needed)

Current number of employees: _____0_____

### INSURANCE

| Carrier & Policy Number | Type of Policy | Period Covered | Payment Amount & Frequency |
|---|---|---|---|
| CNA 30073144565 | Prop & Liability | 2009 | Monthly |
| (Insurance is held by MaxArt Animal Health, tenant and co-maker of the note to Deserts Hills Bank) | | | |
| | | | |
| | | | |

**What steps have been taken to remedy the problems which brought on the chapter 11 filing?**

Operations of the opeating company, MaxArt Animal Health, have been consolidated at this location
and have been profitable since January 2009. Note payments to Desert Hills Bank are current since the
filing of this case.

**Identify any matters that are delaying the filing of a plan of reorganization:**

Plan was filed on July 15, 2009

# DISBURSEMENT DETAIL

Please use a separate form for each bank account

| | |
|---|---|
| Month: | Jul-09 |
| Account # | 5005491559 |
| Bank Name | Wells Fargo |

## Cash/Electronic Disbursements

| Date | Payee | Purpose | Amount |
|---|---|---|---|
| 7/31/2009 | Wells Fargo | Overdraft Fee | 35.00 |
| 7/31/2009 | Wells Fargo | Overdraft Fee | 35.00 |
| 8/12/2009 | Power Road | Reverse Transfer | 6000.00 |
| 8/27/2009 | Wells Fargo | Service Fee | 8.00 |
| | | | |
| | | | |
| | | Total Cash/Electronic Disbursements | 6078.00 |

## CHECKS ISSUED

| Check Number | Date | Payee | Purpose | Amount |
|---|---|---|---|---|
| 6006 | 7/30/2009 | U.S. Trustee | Trustee Payment | 325.00 |
| 6007 | 8/13/2009 | Desert Hills Bank | Note Payment | 6000.00 |
| 6008 | | Scott Darger LLC | Note Payment | 2910.35 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Total checks listed on this page | | | | 9235.35 |
| Total checks listed on continuation pages | | | | |

| | |
|---|---|
| TOTAL DISBURSEMENTS FOR THE MONTH (include cash/electronic disbursements) | 15313.35 |

# Business Checking



AMKIM LLC
DEBTOR IN POSSESSION
CH-11 CASE 08-00993(AZ)
3422 E FOX ST
MESA AZ 85213-5534

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS**   (1-800-225-5935)
*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (38)
P.O. Box 2908
Phoenix, AZ 85062-2908

## Your Business and Wells Fargo

The Wells Fargo Business Insight Series offers information and tips to help you navigate the current business environment, develop sound strategies, and manage resources. Industry specialists and Wells Fargo customers share best practices and strategies on important topics such as credit management, financing, retirement planning, marketing, health care and more. Each short episode is filled with useful information, tips, and practical advice to help your business succeed. Go to wellsfargo.com/biz/education/insight to view topics and episodes.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ✓ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ✓ |
| Business Bill Pay | ✓ |
| Business Spending Report | ✓ |
| Overdraft Protection | ☐ |

Account number:  **5005491559**

**AMKIM LLC**
**DEBTOR IN POSSESSION**
**CH-11 CASE 08-00993(AZ)**

*Arizona account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 122105278

For Wire Transfers use
Routing Number (RTN): 121000248

## Activity summary

| | |
|---|---|
| Beginning balance on 7/28 | $147.42 |
| Deposits/Credits | 15,300.00 |
| Withdrawals/Debits | - 15,313.35 |
| **Ending balance on 8/27** | **$134.07** |
| Average ledger balance this period | $280.72 |

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 7/30 | 6006 | Check | | 325.00 | -177.58 |
| 7/31 | | Overdraft Fee | | 35.00 | |



## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|---------|----------|---------|
| 7/31 | | Online Transfer Ref #Ibeqhxs53S From Expanded Bus Services Pack 2302 to 1559 | 300.00 | | 87.42 |
| 8/10 | | Online Transfer Ref #Ibebwrxh58 From Expanded Bus Services Pack 2302 to 1559 Rent | 6,000.00 | | 6,087.42 |
| 8/12 | | Online Transfer Ref #Ibefstnft4 to Expanded Bus Services Pack 1559 to 2302 | | 6,000.00 | 87.42 |
| 8/13 | 6007 | Check | | 6,000.00 | -5,912.58 |
| 8/14 | | Overdraft Fee | | 35.00 | |
| 8/14 | | Online Transfer Ref #Ibejpwbnby From Expanded Bus Services Pack 2302 to 1559 | 6,000.00 | | 52.42 |
| 8/21 | | Online Transfer Ref #Ibejpx7Tc4 From Expanded Bus Services Pack Rent 2302 to 1559 | 3,000.00 | | |
| 8/21 | 6008 | Check | | 2,910.35 | 142.07 |
| 8/27 | | Monthly Service Fee | | 8.00 | 134.07 |
| **Ending balance on 8/27** | | | | | **134.07** |
| **Totals** | | | **$15,300.00** | **$15,313.35** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written** *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|--------|------|--------|--------|------|--------|--------|------|--------|
| 6006 | 7/30 | 325.00 | 6007 | 8/13 | 6,000.00 | 6008 | 8/21 | 2,910.35 |

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

© 2008 Wells Fargo Bank, N.A. All rights reserved. Member FDIC.