DENNIS K. BURKE
United States Attorney
District of Arizona

RACHAEL J. ZEPEDA
Special Assistant United States Attorney
Bar No. 013463
4041 N. Central Avenue
M/S 2200PX
Phoenix, AZ 85012
Telephone: (602) 636-9630

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re: | Chapter 11 |
| MAXART ANIMAL HEALTH, INC., | Case No. 2:08-00993-GBN |
| Debtor. | (Jointly Administered) |
| In Re: | Chapter 11 |
| AMKIM, LLC, | Bk.No. 09-01587-PHX-GBN |
| Debtor. | |

**NOTICE OF NONCOMPLIANCE**

On January 12, 2010, an Order was entered in the above captioned proceeding resolving creditor United States of America's Motion to Require the Filing of Tax Returns and Payment of Taxes, or alternatively, to Convert Debtor Maxart Animal Health, Inc.'s case to a Chapter 7 proceeding.

Pursuant to that Order, Debtor Maxart Animal Health, Inc. was required to timely make all federal tax deposits that became due subsequent to January 5, 2010, and remit copies of the deposit receipts, within three days of the filing of the deposit, to the Phoenix Special Procedures Branch of the Internal Revenue Service.

1 | It was also ordered that if Debtor Maxart Animal Hospital, Inc. failed to comply with any of the provisions of the Order, the IRS would file and serve upon the Debtor and the Debtor's attorney a Notice providing the details of the Debtor's non compliance; and that the IRS would thereafter be permitted to lodge an Order converting this case to a proceeding under Chapter 7, which order would not be acted upon by this Court prior to five days after its submission.

Consistent with the Court's Order, the Internal Revenue Service hereby gives notice that the Debtor has failed to make the federal tax deposit that was due on January 20, 2010 for the Debtor's payroll ending on January 13, 2010. As such the Debtor has failed to comply with the Court's Order dated January 12, 2010.

Respectfully submitted this 5th day of February, 2010.

DENNIS K. BURKE
United States Attorney
District of Arizona


By: /S/ RJZ #013463
RACHAEL J. ZEPEDA
Special Assistant U.S. Attorney


A copy of the foregoing mailed this
5th day of February, 2010 to:

MAXART ANIMAL HEALTH, INC.
2320 W. Holly Street
Phoenix, Arizona 85009

OFFICE OF THE UNITED STATES TRUSTEE
230 North First Ave.
Suite 204
Phoenix, Arizona 85003-1706

Allan D. NewDelman, Esq.

```
 1 │ Attorney for Debtor
   │ ALLAN D. NEWDELMAN, P.C.
 2 │ 80 East Columbus Avenue
   │ Phoenix, Arizona 85012
 3 │
   │
 4 │  /s/ Midge Bunch
   │ MIDGE BUNH
 5 │ Legal Assistant
 6 │
 7 │
 8 │
 9 │
10 │
11 │
12 │
13 │
14 │
15 │
16 │
17 │
18 │
19 │
20 │
21 │
22 │
23 │
24 │
25 │
26 │
```